UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR121 RWS |
| | ) |
| NABOR CUADRA-BERMUDEZ, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on defendant's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Thomas C. Mummert. An evidentiary hearing was held on March 23, 2006, and thereafter Judge Mummert filed his Report and Recommendation regarding the defendant's motion.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his recommended rulings issued on March 24, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

United States Magistrate Judge [#20] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#15 is denied.

 

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2006.